UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

CASE NO.: 1:21-cv-01089

FOTOHAUS, LLC,

    Plaintiff,

v.

HEARTLAND INSTITUTE,

    Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff FOTOHAUS, LLC by and through its undersigned counsel, brings this Complaint against Defendant HEARTLAND INSTITUTE for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff FOTOHAUS, LLC ("Fotohaus") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Fotohaus' original copyrighted Work.

2. Daniel Foster, owner and principal photographer of Fotohaus, has a history of taking highly unique abstract architecture photographs that focus on lines and geometry. His works have been featured 18 times in the highly-coveted "Explore" section of Flickr. More than 86,000 fans follow his work on Instagram. Daniel is a member of the Royal Photographic Society and Professional Photographers of America. His work has been published online and offline through a variety of publications, including National Geographic, der Freitag, the World Wildlife Fund, and Smithsonian. Daniel licenses his work commercially on a selective basis and

is currently working to establish himself as a fine art photographer. His prints are available for purchase through Saatchi Art.

3. Defendant HEARTLAND INSTITUTE ("Heartland") is a national non-profit research and education organization based in Arlington Heights, Illinois. Heartland advertises itself as "one of the world's leading free-market think tanks" as well as an "action tank". Heartland has a full-time staff of 24 people with a 10-member Board of Directors, over 2,000 donors, 500+ academics and professional economists that serve as policy advisors, a dozen senior fellows and more than 300 elected officials who pay dues to serve on their legislative forum. Heartland has hosted 13 international conferences on climate change and two America First Energy Conferences since 2008. At all times relevant herein, Heartland owned and operated the internet website located at the URL www.heartland.org (the "Website").

4. Fotohaus alleges that Heartland copied Fotohaus' copyrighted Work from the internet in order to advertise, market and promote its business activities. Heartland committed the violations alleged in connection with Heartland's business for purposes of advertising and promoting sales to the public in the course and scope of the Heartland's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Illinois.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANT**

9. Heartland Institute is an Illinois Non-Profit Corporation, with its principal place of business at 3939 North Wilke Road, Arlington Heights, Illinois, 60004, and can be served by serving its Registered Agent, Mr. Jim Lakely, at the same address.

**THE COPYRIGHTED WORK AT ISSUE**

10. In 2013, Fotohaus created the photograph entitled "Natural Gas Fracking," which is shown below and referred to herein as the "Work".



11. Fotohaus registered the Work with the Register of Copyrights on March 18, 2013 and was assigned the registration number VA 1-879-851. The Certificate of Registration is attached hereto as Exhibit 1.

12. Fotohaus' Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Fotohaus was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. Heartland has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Heartland copied the Work.

16. On or about October 29, 2019, Fotohaus discovered the unauthorized use of the Work on the Website as a thumbnail picture for an article entitled "The End of Expensive Oil?" The article is dated March 15, 2015.

17. Heartland copied Fotohaus' copyrighted Work without Fotohaus' permission.

18. After Heartland copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its research and education organization.

19. Heartland copied and distributed Fotohaus' copyrighted Work in connection with Heartland's business for purposes of advertising and promoting Heartland's business, and in the course and scope of advertising and selling products and services.

20. Fotohaus' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. Heartland committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Fotohaus never gave Heartland permission or authority to copy, distribute or display the Work at issue in this case.

23. Fotohaus notified Heartland of the allegations set forth herein on December 13, 2019 and January 6, 2020. To date, the parties have failed to resolve this matter. Copies of the Notices to Heartland are attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Fotohaus incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Fotohaus owns a valid copyright in the Work at issue in this case.

26. Fotohaus registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Heartland copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Fotohaus' authorization in violation of 17 U.S.C. § 501.

28. Heartland performed the acts alleged in the course and scope of its business activities.

29. Heartland's acts were willful.

30. Fotohaus has been damaged.

31. The harm caused to Fotohaus has been irreparable.

WHEREFORE, the Plaintiff Fotohaus, LLC prays for judgment against the Defendant Heartland Institute that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

  b.  Defendant be required to pay Plaintiff its actual damages and Heartland's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

  c.  Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

  d.  Plaintiff be awarded pre and post-judgment interest; and

  e.  Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: February 24, 2021    Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com
CRAIG A. WIRTH
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Fotohaus, LLC*