UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

CASE NO.: 1:21-cv-01089

FOTOHAUS, LLC,

    Plaintiff,

v.

HEARTLAND INSTITUTE,

    Defendant.

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff FOTOHAUS, LLC, by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendant HEARTLAND INSTITUTE ("Heartland") hereto on the ground that Heartland has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. The Declaration of CRAIG. A. WIRTH in Support of Motion for Entry of Clerk's Default ("Wirth Decl.") filed concurrently herewith demonstrates that on April 8, 2021, Heartland was served with the Summons and a copy of the Complaint by personal service, by serving its registered agent, Mr. Jim Lakely, 3939 North Wilke Road, Arlington Heights, IL 60004. The time allowed for Heartland to respond to the Complaint has expired. Neither Plaintiff nor the Court has granted Heartland an extension of time to respond to the Complaint. Heartland has failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer or other response upon Plaintiff's attorney of record.

Plaintiff is informed and believes that Heartland is a corporation and is not considered an infant or incompetent person. Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiff Fotohaus, LLC requests that a default be entered by the Clerk against Defendant Heartland Institute and for such other and further relief as to the Court deems just and proper in the premises.

Dated: April 30, 2021 Respectfully submitted,

/s/Craig. A. Wirth
JOEL B. ROTHMAN
joel.rothman@sriplaw.com
CRAIG A. WIRTH
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Fotohaus, Llc*