UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

CASE NO.: 1:21-cv-01089

FOTOHAUS, LLC,

    Plaintiff,

v.

HEARTLAND INSTITUTE,

    Defendant.

## DECLARATION OF CRAIG A. WIRTH IN SUPPORT OF MOTION FOR ENTRY OF CLERK'S DEFAULT

I, CRAIG A. WIRTH, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff FOTOHAUS, LLC ("Fotohaus") in the above-captioned matter. I make this Declaration, which is filed in support of Plaintiff's Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

2. On February 24, 2021, Plaintiff filed its Complaint against Defendant Heartland Institute ("Heartland") [ECF 1].

3. On April 8, 2021, Heartland was served with the Summons and a copy of the Complaint by personal service, by serving its Registered Agent, Mr. Jim Lakely, 3939 North Wilke Road, Arlington Heights, IL 60004. Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Service on file with the Court, reflecting that Heartland was served by personal service with its Summons and a copy of the Complaint.

4. The time allowed for Heartland to respond to the Complaint has expired.

2

5. Heartland has not been granted an extension of time to respond to the Complaint.

6. Heartland has failed to answer or otherwise respond to the Complaint, or serve a copy of its Answer or other response upon Plaintiff's attorneys of record.

7. I am informed and do not believe that Heartland is an infant or incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 30, 2021.

_____

CRAIG A. WIRTH