# Exhibit A

# AFFIDAVIT OF SPECIAL PROCESS SERVER

| Case: 1:21-cv-01089 | Court: United States District Court | County: Northern District of Illinois | Job: 5551635 (00256-0037) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Fotohaus, LLC | | **Defendant / Respondent:** Heartland Institute | |
| **Received by:** Search Investigations, Inc. | | **For:** SRIP Law | |
| **To be served upon:** Heartland Institute, Registered Agent Mr. Jim Lakely | | | |

I, John Grena, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Heartland Institute, Registered Agent Mr. Jim Lakely, 3939 North Wilke Road, Arlington Heights, IL 60004

**Manner of Service:** Registered Agent, Apr 8, 2021, 11:15 am CDT

**Documents:** Summons and Complaint for Copyright Infringement

**Additional Comments:**
1) Successful Attempt: Apr 8, 2021, 11:15 am CDT at 3939 North Wilke Road, Arlington Heights, IL 60004 received by Heartland Institute, Registered Agent Mr. Jim Lakely. Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 230; Height: 6'1"; Hair: Gray; Other: glasses;

John Grena       Date 4/9/2021

Search Investigations, Inc.
551 Roosevelt Rd. #110
Glen Ellyn, IL 60137
Agency ID # 117-000935

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 4/9/2021

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Fotohaus, LLC

**SUMMONS IN A CIVIL CASE**

V.

Heartland Institute

CASE NUMBER: 1:21-cv-01089

ASSIGNED JUDGE: Gary S. Feinerman

DESIGNATED
MAGISTRATE JUDGE: Gabriel A. Fuentes

TO: (Name and address of Defendant)

Heartland Institute
Serve: Registered Agent
Mr. Jim Lakely
3939 North Wilke Road
Arlington Heights, IL 60004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel B. Rothman
SRIPLAW
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
joel.rothman@sriplaw.com
561.404.4350 - Telephone

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

March 17, 2021

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) John Grena | TITLE Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3939 North Wilke Rd   Reg. Agent / Jim Lakely   Arlington Heights, IL 60004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 85.00 | 85.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/9/2021
Date

Signature of Server   117/000935

551 Roosevelt Rd #110
Glen Ellyn IL 60137
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.